

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and PRUCO LIFE INSURANCE COMPANY, | § § § | No. 08-12-00077-CV |
| Appellants/Cross-Appellees, | § | Appeal from the |
| v. | § | 327th District Court |
| IRASEMA SAGARNAGA DURANTE, | § | of El Paso County, Texas |
| Appellee/Cross-Appellant. | § § | (TC#2009-5465) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore order that the judgment be reformed to reflect the award of 18 percent statutory penalty interest to begin on January 3, 2010 and end June 2, 2010. We further conclude that there was error in the part of the judgment relating to the attorney's fees. We therefore reverse that part of the judgment and remand to the trial court for determination of recoverable attorney's fees, including appellate fees, in accordance with this Court's opinion. The remainder of the trial court's judgment is affirmed.

It is further ordered that each party pay one-half (1/2) the court costs of this appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF AUGUST, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.